UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY MELIKHOV, MELMAR
HOLDINGS, LLC and U4G GROUP,
LLC,

     Plaintiffs,

v.                                     Case No.: 2:19-cv-248-FtM-38MRM

LADISLAV DRAB, CE GROUP,
CESKA ENERGIE, CESKA
PLYNARESKA, NAPLES ENERGY,
LLC, HANA DRABOVA and CZECH
ENERGY USA, LLC,

     Defendants.
_____/

## **ORDER**[1]

Before the Court is Plaintiffs' supplemental declaration provided to support their request for attorney's fees and costs. (Doc. 61). The Court has granted Plaintiffs' request for attorney's fees and costs as sanctions due to Nonparties Naples Energy LLC, Czech Energy USA LLC, and Hana Drabova's repeated recalcitrant conduct, but reserved on the amount pending more information from Plaintiffs' counsel. (Doc. 54).

Because the undersigned has decided the dispositive issue of entitlement to attorney's fees and costs, the Court will refer the matter to the assigned Magistrate Judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

to determine the amount. Much of the requested fees and costs stem from litigation and proceedings before the Magistrate Judge and deciding such attorney's fees and costs falls within his statutory authority. See 28 U.S.C. 636(e)(4).

Accordingly, it is now

**ORDERED:**

The matter of the amount of attorney's fees and costs to be awarded (Doc. 61) is referred to the assigned Magistrate Judge for entry of an order and entry of any other orders he deems appropriate.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of October 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
All Parties of Record