UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY MELIKHOV an individual; MELMAR HOLDINGS, LLC, an Illinois limited liability company; and U4G GROUP, LLC, an Illinois limited liability company,

      Plaintiff,

v.                                      Case No. 2:19-cv-00248-JLB-MRM

LADISLAV DRAB, an individual; CE GROUP, a foreign entity; ČESKÁ ENERGIE A.S., a foreign entity, and ČESKÁ PLYNÁRENSKÁ A.S., a foreign entity,

      Defendants.
_____/

## ORDER

The Magistrate Judge filed a Report and Recommendation ("R&R") in this matter on January 19, 2021, recommending that Judgment Creditors' motion for contempt against Debtor Ladislav Drab be **GRANTED**. (Doc. 148.) The Magistrate Judge has also certified facts in support of Mr. Drab's contempt and recommended that this Court set a show-cause hearing. After carefully reviewing the certified facts in the R&R and the record in this case, the Court has determined that a show-cause hearing is necessary under 28 U.S.C. § 636(e)(6).

Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's R&R is **ADOPTED IN PART**.

    2.    The Court defers ruling on the Magistrate Judge's recommendations regarding the award of sanctions until after Ladislav Drab has been

        given an opportunity to show cause for his alleged failure to comply with this Court's omnibus post-judgment discovery order. (Doc. 99.)

3.    A show-cause hearing is scheduled for **Wednesday, February 24, 2021 at 1:30 PM via Zoom Video Conference**. The parties will receive a separate Zoom invitation by email.

4    Any written objections to the R&R will be addressed at the hearing.

**ORDERED** in Fort Myers, Florida, on January 25, 2021.

*[signature: John L. Badalamenti]*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**