UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY MELIKHOV an
individual; MELMAR HOLDINGS,
LLC, an Illinois limited liability
company; and U4G GROUP, LLC, an
Illinois limited liability company,

       Plaintiffs,

v.                                                                  Case No. 2:19-cv-248-JLB-MRM

LADISLAV DRAB, an individual; CE
GROUP, a foreign entity; ČESKÁ ENERGIE
A.S., a foreign entity, and ČESKÁ
PLYNÁRENSKÁ A.S., a foreign entity,

       Defendants,
and

NAPLES ENERGY, LLC, a Florida limited
liability company,

       Third-Party
       Defendant.
_____/

## ORDER DIRECTING WRIT OF EXECUTION

On September 6, 2018, a foreign judgment from the U.S. District Court for the Northern District of Illinois was registered in this Court, in favor of Judgment Creditors (Anthony Melikhov, Melmar Holdings, LLC n/k/a Natan Holdings, LLC and U4G Group, LLC) in the amount of $36,711,232.88. (Doc. 1.) Judgment Creditors have moved for an order authorizing a levy on real property owned by third-party defendant Naples Energy, LLC. (Doc. 189.) Judgment Debtors have failed to file a show-cause memorandum as directed, and the Court therefore deems

the motion to be unopposed. (Id. at 7; Doc. 187 at 11, ¶3.)

Accordingly, it is **ORDERED**:

1. Judgment Creditors' unopposed motion for order authorizing a levy on real property (Doc. 189) is **GRANTED**.

2. The Clerk is **ORDERED** to issue a writ of execution directing the United States Marshal to satisfy the judgment (Doc. 1) by levying on and selling the residential property owned by third-party defendant Naples Energy, LLC, located at **7417 Treeline Drive, Naples, Florida 34119**, and legally described as follows:

   > Real property located in Collier County, State of Florida:
   >
   > Lot 5, Olde Cypress, Tract 12, a subdivision according to the plat thereof as recorded in Plat Book 37, Pages 91 and 92, of the Public Records of Collier County, Florida.
   >
   > Parcel ID Number: 64626001102.

**ORDERED** in Fort Myers, Florida, on July 13, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE